# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:23-cv-00014-SPG-KES                                        Date: April 7, 2023

Title: HENRY L. THOMPSON v. KILOLO KIJAKAZI

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     Order to Show Cause Why Case Should Not Be Dismissed for Lack of Prosecution

  On January 3, 2023, Plaintiff filed a complaint alleging that Defendant wrongly denied his application for social security disability benefits. (Dkt. 1.) Social Security cases filed on or after December 1, 2022, are governed by the new Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g). The new Supplemental Rules can be found online at https://www.supremecourt.gov/orders/courtorders/frcv22_b8dg.pdf

  Under Rule 4, Defendant must file an answer including a certified copy of the administrative record. Defendant did so in this case on March 6, 2023. (Dkt. 8.)

  Under Rule 6, Plaintiff must file and serve a brief for the requested relief within 30 days after the answer is filed. Plaintiff's 30-day filing deadline expired on Wednesday, April 5, 2023. The Court has received neither Plaintiff's brief nor a request from Plaintiff to extend the time to file a brief.

  The Court, therefore, issues this order to show cause ("OSC") why Plaintiff's case should not be dismissed for failure to comply with the applicable rules and failure to prosecute the case by filing a timely brief. Plaintiff can discharge this OSC by (1) filing a brief **on or before April 19, 2023**, or (2) requesting an extension of time to file a brief supported by good cause. Good causes means that Plaintiff must explain (1) why, despite diligent efforts after receiving the administrative record, he could not file a brief by the deadline, (2) how much additional time he

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:23-cv-00014-SPG-KES | Date: April 7, 2023 |
| | Page 2 |

needs to file his brief, and (3) why he needs that much additional time.  The Court has discretion to grant or deny requests for additional time.

      For guidance writing his brief, Plaintiff may visit the Court's website at http://www.cacd.uscourts.gov/.  There, he will find instructions under the "Judges' Requirements" tab, looking at the "Judges' Procedures and Schedules" for Judge Scott addressing social security cases.  On the Court's main webpage, he will also see a box labeled "People without Lawyers."  The box has information about how non-lawyers can use the Court's Electronic Document Submission System ("EDSS") and phone numbers to reach the "Pro Se Clinic" at each federal courthouse.  The Pro Se Clinic is staffed by volunteer lawyer can assist Plaintiff and answer questions (such as how to format his brief, the applicable word count limit, etc.).

      Initials of Deputy Clerk <u>JD</u>